UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RICHARD A. FOX, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE INDIANA POLITICAL SUBDIVISION )<br> MANAGEMENT RISK COMMISSION, et al., )<br>)<br>Defendants. ) | 1:07-cv-95-SEB-JMS |

**E N T R Y**

This cause is dismissed for failure to prosecute, a disposition based on the plaintiff's failure to submit an amended complaint as directed in the Entry of January 30, 2007.

Judgment dismissing this action without prejudice shall now issue.

**IT IS SO ORDERED.**


Date: 02/22/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana