UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RICHARD A. FOX,  )<br>  )<br>      Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>THE INDIANA POLITICAL SUBDIVISION  )<br> MANAGEMENT RISK COMMISSION, et al.,  )<br>  )<br>      Defendants.  ) | 1:07-cv-95-SEB-JMS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 02/22/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Richard Allen Fox
DOC #883999
Pendleton Correctional Facility
P.O. BOX 30
Pendleton, IN 46064